NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Plaintiff-Appellant,*

v.

**ASTRAZENECA PHARMACEUTICALS LP
AND IPR PHARMACEUTICALS INC.,**
*Defendants-Appellees.*

---

2011-1091

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 08-CV-4786, Judge William H. Yohn, Jr.

---

## ON MOTION

---

## ORDER

Teva Pharmaceutical Industries Ltd. moves to withdraw Louise T. Rains as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__**JUL 2 9 2011**__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jeffrey D. Blake, Esq.
Louise T. Rains, Esq.
Eric J. Fues, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 9 2011

**JAN HORBALY**
**CLERK**